## DEAN v. STATE. (No. 7419.)

(Court of Criminal Appeals of Texas. Feb. 14, 1923.)

Criminal law ⬅️ll144(10, 17) — All presumptions in favor of judgment and regularity of trial, in absence of statement of facts or bills of exceptions.

In the absence of a statement of facts or bills of exceptions, all presumptions are in favor of the judgment and regularity of the trial.

Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge.

A. A. Dean was convicted of aggravated assault, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Upon trial for assault with intent to murder, appellant was convicted of aggravated assault, and his punishment assessed at 20 months' confinement in the county jail.

The record is before us without statement of facts or bills of exception. Under such circumstances all presumptions are in favor of the judgment and regularity of the trial.

The judgment is affirmed.